# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc #
Date Filed: 4/14/2020

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff

    -against-

Malcolm Kinyon

                Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

**Case No.
7:16 CR 666 KMK-1**

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for April 17 , 2020 at 2:30 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 14, 2020
       White Plains, New York

                              SO ORDERED:

                              s/
                              _____
                              PAUL E. DAVISON
                              United States Magistrate Judge